IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| GROUP ONE, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 97-1224-CV-W-DW |
| v. | ) | |
| | ) | |
| HALLMARK CARDS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice, and for vacation of injunction (Doc. 713). <u>See</u> Fed. R. Civ. P. 41(a)(1); Docs. 659, 660, 661 (regarding injunction). The Court hereby

DISMISSES all claims with prejudice, each party to bear its own costs and expenses, including attorneys' fees; and

VACATES the injunction entered by this Court on October 22, 2003 and recounted on October 23, 2003.

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: September 22, 2005